L154 Notice of Payment Due  (v.5.14)　　　　　　　　　　　　　　　　　　　　　　　USBC,EDCA

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF PAYMENT DUE

| **In re** Virginia Reyes | **Case Number** |
|---|---|
| Debtor(s). | **20–11858 – B – 7** |

The fee for a document filed by you was not paid in full at the time of filing. The document was entered on the docket on 05/29/2020. Full payment of fees is expected the same calendar day documents are filed. The required fee is now **DUE AND PAYABLE**.

**For Parties without an Attorney:** If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date. If you do not pay the fee before the hearing date, the court may take additional action at the hearing.

To pay the fee that is due, you may hand deliver your payment of cash (exact change only), money order or cashier's check to the Clerk's Office at the address below. You may also mail a money order or cashier's check to the same address. PLEASE DO NOT SEND CASH THROUGH THE MAIL. If you are unsure how much you owe to the court, you can contact the Clerk's office at the phone number at the bottom of the page.

**For Attorneys:** If your document was e–Filed, you may make your payment through the court's eCalWebFiling. If the fee is not paid within three business days, the Clerk's Office will issue an Order to Show Cause for Failure to Pay Fees and set a hearing date.

If you are unable to complete the payment transaction, or if you dispute the propriety or the amount of the fee due, please call the Clerk's Office at (559) 499–5800 during regular business hours.

If you need more information regarding this notice, you may view cases electronically through a PACER account or obtain Filing and Fee information from our web site at www.caeb.uscourts.gov.

Dated:  6/2/20

FOR THE COURT
Wayne Blackwelder Clerk,
BY: auto , Deputy Clerk
U.S. Bankruptcy Court
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318
(559) 499–5800

* For your own protection, DO NOT send cash through the mail.