Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa, CA 95404
Phone (707) 206-6570
Fax (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtors: Virginia Reyes

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

VIRGINIA REYES

    Debtor

Case No.    2−11858−B−7
DCN:       EML-1
Chapter     7
**NOTICE OF HEARING ON MOTION TO REDEEM PERSONAL PROPERTY**

Date:     July 14, 2020
Time:     1:30 PM
Judge:    Hon. René Lastretto II
Place:    2500 Tulare St, Ctrm 13, 5th Fl. Fresno, CA 93721

**TO SECURED CREDITOR ONEMAIN FINANCIAL GROUP, LLC, THE CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    At the above date, time and place, Debtor Virginia Reyes will move the Court for an order allowing Debtor to redeem personal property pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008 from Respondent OneMain Financial Group, LLC.

    Pursuant to Local Rule 9014-1(f)(1)(B), Any opposition to confirmation must be filed and served fourteen (14) days prior to the above hearing date. Failure to file timely written opposition may result in the motion being resolved without oral argument. Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing.

Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: June 13, 2020 /s/Evan Livingstone
Evan Livingstone
Attorney for Debtor