1  Evan Livingstone (SBN 252008)
   LAW OFFICE OF EVAN LIVINGSTONE
2  740 4th St, Ste 215
   Santa Rosa, CA 95404
3  Phone (707) 206-6570
   Fax    (707) 676-9112
4  Email: evanmlivingstone@gmail.com

5  Attorney for Debtor Virginia Reyes

6

7

8              UNITED STATES BANKRUPTCY COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 In re:                          | Case No.    2−11858−B−7
                                   | DCN:        EML-2
11 VIRGINIA REYES                  | Chapter     7
                                   | **MOTION TO REDEEM PERSONAL**
12      Debtor                     | **PROPERTY UNDER 11 U.S.C. § 722**

13                                 | Date:       September 1, 2020
                                   | Time:       1:30 PM
14                                 | Judge:      Hon. René Lastretto II
                                   | Place:      2500 Tulare St, Ctrm 13, 5th Fl.
15                                 |             Fresno, CA 93721

16  **TO SECURED CREDITOR ONEMAIN FINANCIAL GROUP, LLC, THE**

17  **CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED**

18  **PARTIES, AND THEIR ATTORNEYS OF RECORD:**

19      At the above date, time and place, Debtor Virginia Reyes will move the Court for an

20  Order allowing Debtor to redeem personal property pursuant to 11 U.S.C. § 722 and Bankruptcy

21  Rule 6008 from Respondent OneMain Financial Group, LLC.

22              I. PROCEDURAL REQUIREMENTS UNDER 11 U.S.C. § 722

23      1. Pursuant to 11 U.S.C. § 722, a debtor may "redeem tangible personal property

24  intended primarily for personal, family, or household use, from a lien securing a dischargeable

25  consumer debt, if such property is exempted under section 522 of the title or has been abandoned

26  under section 554 of the title." 11 U.S.C. §722.

27      2. The personal property that Movant seeks to redeem is a vehicle that is more

28  particularly described as follows:

---

MOTION TO REDEEM PERSONAL PROPERTY UNDER 11 U.S.C. § 722 – Page 1

a. Year: 2002
b. Make: Toyota
c. Model: Camry
d. VIN: 4T1BF30K42U009513

3. Movant's 2002 Toyota Camry ("Vehicle") may be redeemed under 11 U.S.C. §722 because it is tangible personal property intended primarily for personal, family or household use.

4. As of May 29, 2020, the date of bankruptcy case filing, the Vehicle is subject to a single lien from OneMain Financial Group, LLC ("Respondent") for $9,669.97.

5. Movant's interest in the Vehicle is exempt or has been abandoned by the estate.

6. Movant scheduled the Vehicle as an asset and exempted the Vehicle pursuant to 11 U.S.C. § 522.

## II. VALUATION STANDARD

1. Pursuant to 11 U.S.C. § 722, a debtor may redeem personal property secured by a lien by paying such lienholder the amount of the allowed secured claim in a lump sum. An allowed secured claim "is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property." 11 U.S.C. 506(a)(1).

2. 11 U.S.C. § 506(a)(2) defines the secured claim as the "price a retail merchant would charge for property of that kind considering the age and condition of the property at the time value is determined."

## III. DETERMINING "RETAIL VALUE"

1. Courts have relied upon industry guides such as Kelley Blue Book and Edmunds as the "appropriate starting point in determining retail value." *In re Morales*, 387 B.R. 36, 46 (Bankr. C.D. Cal. 2008); see also *In re Araujo*, 464 B.R. 15 (Bankr. N.D. Cal. 2011).

2. The Edmunds.com website provides retail valuations for used vehicles based on year, make, model, mileage, options and condition. Such valuations are admissible as "market quotations, tabulations, lists, directories, or other published compilations, generally used and relied upon by the public or by persons in particular occupations." Fed. R. Evid. 803(17).

3. As detailed in the attached declaration, Movant determined the retail value for the Vehicle from Edmunds.com ("Edmunds Valuation") based on its year, make, model, mileage,

1  options and condition, taking in the cost of needed repairs, the Edmunds Valuation is $901.08.

2      4. Based on the foregoing, Movant asserts that the retail value of the Vehicle for

3  redemption purposes ("Redemption Value") is $901.08.

4                              IV. CONCLUSION

5      WHEREFORE, Movant requests that the Court enter an Order:

6      1. Granting this Motion; and

7      2. Setting the Redemption Value at $901.08.

8      3. Allowing Movant to cause the Redemption Value of $901.08 to be paid to Respondent

9      OneMain Financial Group, LLC within 30 days of entry of the Order; and

10     4. Requiring Respondent OneMain Financial Group, LLC to release its lien of record and

11     surrender title according to Movant's instructions within 14 days of receiving the

12     Redemption Value.

13

14  Dated: July 23, 2020                    /s/Evan Livingstone
                                            Evan Livingstone
15                                          Attorney for Debtor