Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa, CA 95404
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtors: Virginia Reyes

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VIRGINIA REYES<br><br>    Debtor | Case No.    2−11858−B−7<br>DCN:        EML-2<br>Chapter    7<br>**NOTICE OF HEARING ON MOTION TO REDEEM PERSONAL PROPERTY**<br><br>Date:     September 1, 2020<br>Time:    1:30 PM<br>Judge:   Hon. René Lastretto II<br>Place:   2500 Tulare St, Ctrm 13, 5th Fl.<br>          Fresno, CA 93721 |

**TO SECURED CREDITOR ONEMAIN FINANCIAL GROUP, LLC, THE CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

At the above date, time and place, Debtor Virginia Reyes will move the Court for an order allowing Debtor to redeem personal property pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008 from Respondent OneMain Financial Group, LLC.

This motion is set for hearing on 35 days' notice as required by Local Rule of Practice ("LBR") 3015-1(d)(1). Pursuant to LBR 9014-1(f)(1)(B), any opposition to the motion must be filed and served fourteen (14) days prior to the above hearing date. Failure to file timely written opposition may result in the motion being resolved without oral argument.

Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by

checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: July 23, 2020              /s/Evan Livingstone
                                                Evan Livingstone
                                                Attorney for Debtor