Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa, CA 95404
Phone (707) 206-6570
Fax    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Virginia Reyes

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

VIRGINIA REYES

    Debtor

Case No.   20−11858−B−7
DCN:         EML-2
Chapter     7
**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION TO REDEEM PERSONAL PROPERTY**

Date:   September 1, 2020
Time:   1:30 PM
Judge:  Hon. René Lastretto II
Place:  2500 Tulare St, Ctrm 13, 5th Fl.
        Fresno, CA 93721

I, Evan Livingstone, certify that on July 23, 2020 a copy of Debtors' Motion to Redeem Personal Property, a Notice of Hearing on Motion to Redeem Personal Property, Debtor's Declaration in Support of Motion Redeem Personal Property, were served by first class mail to an officer of Respondent OneMain Financial Group, LLC, at the following addresses, retrieved from the most current Statement of Information filed with the California Secretary of State, to the Chapter 7 Trustee assigned to this case and to the United States Trustee.

    Stephen Day, CEO
    OneMain Financial Group, LLC
    601 NW Second Street
    Evansville, IN 47708

    Stephen Day, CEO
    OneMain Financial Group, LLC
    100 International Dr 16th Floor
    Baltimore MD 21202

---

Certificate of Service of Notice of Hearing on Motion to Redeem Personal Property

| | |
|---|---|
| 1 | James E. Salven |
| 2 | Chapter 7 Trustee<br>P.O. Box 25970 |
| 3 | Fresno, CA 93729 -5970 |
| 4 | Office of The United States Trustee<br>2500 Tulare Street |
| 5 | Suite 1401<br>Fresno, CA 93721 |

I declare the above facts to be true under penalty of perjury of the laws of the United States.

Executed in Santa Rosa, CA on July 23, 2020      /s/Evan Livingstone
                                                  Evan Livingstone
                                                  Attorney for Debtor

Certificate of Service of Notice of Hearing on Motion to Redeem Personal Property