```
                          United States Bankruptcy Court
                           Eastern District of California

In re:                                                         Case No. 20-11858-B
Virginia Reyes                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-1          User: kvas              Page 1 of 1        Date Rcvd: Sep 16, 2020
                              Form ID: 318            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db             +Virginia Reyes,    1419 Kathryn Ave,    Madera, CA 93638-1753
aty            +Evan Livingstone,    740 4th St, Ste 215,    Santa Rosa, CA 95404-4421
23069699       +Alert 360,    2448 East 81st St Ste 4100,    Tulsa OK 74137-4285
23069701       +Barrows Training and Education,    500 E Almond Ave,    Madera CA 93637-5600
23069702      #+CalHFA Mortgage Assistance Corporation,    c o Utopian Group,    8401 Chagrin Rd Ste 17,
                 Chagrin Falls OH 44023-4702
23069704       +Cash Now,    514-A East Yosemite Ave,    Madera CA 93638-3578
23069709       +Hartford Insurance,    P O Box 14219,    Lexington KY 40512-4219
23069711       +Madera Collection,    405 N I Street,    Madera CA 93637-3073
23069713        Sequium Assets Solutions LLC,    1130 N Chase Pwky Ste 150,    Marietta GA 30067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FJSALVEN.COM Sep 17 2020 09:13:00     James Edward Salven,    PO Box 25970,
                 Fresno, CA 93729-5970
smg             EDI: EDD.COM Sep 17 2020 09:13:00     Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Sep 17 2020 09:13:00     Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA 95812-2952
23069700        EDI: BANKAMER.COM Sep 17 2020 09:13:00     Bank of America,    PO Box 31785,
                 Tampa FL 33631-3785
23069703       +EDI: CAPITALONE.COM Sep 17 2020 09:13:00     Capital One,    Attn Bankruptcy,    Po Box 30285,
                 Salt Lake City UT 84130-0285
23069705       +EDI: RMSC.COM Sep 17 2020 09:13:00     Chevron Card,    PO Box 530950,    Atlanta GA 30353-0950
23069706       +EDI: COMCASTCBLCENT Sep 17 2020 09:13:00     Comcast,    5756 Pacific Ave Ste 5,
                 Stockton CA 95207-5155
23069707       +EDI: CALTAX.COM Sep 17 2020 09:13:00     Franchise Tax Board,    PO Box 942840,
                 Sacramento CA 94240-0001
23069708       +E-mail/Text: bankruptcy@golden1.com Sep 17 2020 06:02:17      Golden 1 Credit Union,
                 Attn Bankruptcy,    Po Box 15966,    Sacramento CA 95852-0966
23069710        EDI: IRS.COM Sep 17 2020 09:13:00     Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
23069712       +EDI: AGFINANCE.COM Sep 17 2020 09:13:00     OneMain Financial,    Attn Bankruptcy,    Po Box 3251,
                 Evansville IN 47731-3251
23069714       +EDI: COMCASTCBLCENT Sep 17 2020 09:13:00     Xfinity,    9602 S 300 W Ste B,
                 Sandy UT 84070-3339
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Virginia Reyes**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx−xx−9352**<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of California** | | |
| Case number:  **20−11858** | | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Virginia Reyes
aka Virginia Reyes−Reyes , fka Virginia Azevedo
1419 Kathryn Ave
Madera, CA 93638

Dated:                                                                                      For the Court,
9/16/20                                                                                    Wayne Blackwelder , Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**